UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In re: BAYCOL PRODUCTS LITIGATION (MJD/JGL) — MDL No. 1431

---

This Document Also Relates to:

ABRAMS v. BAYER AG, et al. — Case No. 02-CV-135

RIZZO v. BAYER AG, et al. — Case No. 02-CV 150

LESTER v. BAYER AG, et al. — Case No. 02 CV 156

JONES, et al. v. BAYER CORPORATION, et al. — Case No. 02-CV-198

---

This matter is before the Court upon Defendant Bayer Corporation's Motion to consolidate and defer briefing on whether medical monitoring claims meet the amount in controversy. The Court hereby orders counsel for the Plaintiffs in the above named matters to submit their response to the Court on or before Wednesday, May 1, 2002.

Date: April 24, 2002

Michael J. Davis
United States District Court

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK