UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In re: BAYCOL PRODUCTS LITIGATION

MDL No. 1431 (MJD/JGL)

Pretrial Order No. 17

---

This Document Also Relates to:

| | |
|---|---|
| ABRAMS v. BAYER AG, et al. | Case No. 02-CV-135 |
| RIZZO v. BAYER AG, et al. | Case No. 02-CV 150 |
| LESTER v. BAYER AG, et al. | Case No. 02-CV-156 |
| JONES, et al. v. BAYER CORPORATION, et al. | Case No. 02-CV-198 |

---

This matter is before the Court upon Defendant Bayer Corporation's Motion to consolidate and defer briefing on whether medical monitoring claims meet the amount in controversy. The Court has reviewed the submissions of the parties and finds that a brief continuance is appropriate.

IT IS HEREBY ORDERED that Bayer Corporation's Motion for a continuance and to consolidate briefing is GRANTED in part and DENIED in part. The motions for remand filed in the above named actions shall be removed from the Court's May calendar and be continued for a period of six months. The Court will allow for consolidated briefing on the issue of whether federal diversity jurisdiction may be

FILED MAY 0 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

predicated on the cost of complying with equitable relief in the form of medical monitoring. On or before May 20, 2002, the parties shall meet and confer and submit to the Court a briefing schedule that will allow for full briefing two weeks prior to the November status conference.

Date: May 4, 2002

Michael J. Davis
United States District Court