E-SERVED 04/21/04 12:12 PM ET Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION

MDL No. 1431
(MJD/JGL)

**This Document Relates to**

JONES, et al. v BAYER CORPORATION, et al.

CASE NO. 02-CV-198

**MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD**

Now comes Yolonda G. Lambert of the law firm of Schrader Byrd & Companion, attorney of record for separate defendant Walmart Stores, Inc., and files this Motion for an Order allowing withdrawal of Yolonda G. Lambert and the law firm of Schrader Byrd & Companion as attorney of record for separate defendant Walmart Stores, Inc., and substitution of Robert J. Kent and the firm of Bowles Rice McDavid Graff & Love LLP as attorney of record for separate defendant Walmart Stores, Inc.

Respectfully submitted this 21st day of April, 2004.

*/s/ Signature on file*
Yolonda G. Lambert (WV State Bar # 2130)
Schrader Byrd & Companion
32 – 20th Street, Suite 500
Wheeling, West Virginia 26003
(304) 233-3390

*/s/ Signature on file*
Robert J. Kent (WV State Bar #5010)
BOWLES RICE McDAVID GRAFF & LOVE LLP
Fifth Floor, United Square
501 Avery Street, Post Office Box 49
Parkersburg, West Virginia 26102
(304) 420-5504
fax (304) 420-5587

E-SERVED 04/21/04 12:12 PM ET Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION

MDL No. 1431
(MJD/JGL)

**This Document Relates to**

JONES, et al. v BAYER CORPORATION, et al.

CASE NO. 02-CV-198

**ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL OF RECORD**

This matter came before the Court on the Motion to Withdraw and Substitute Counsel of Record of the separate defendant Walmart Stores, Inc. in the above civil action. The Court, having considered the Motion and noting the agreement of both law firms, finds that the Motion is well taken and should be granted.

It is therefore ORDERED AND ADJUDGED that the Motion to Withdraw and Substitute Counsel of Record on behalf of separate defendant Walmart Stores, Inc. is hereby granted and that Yolonda G. Lambert and the law firm of Schrader Byrd & Companion are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of separate defendant Walmart Stores, Inc. The Court further ORDERS that Robert J. Kent and the law firm of Bowles Rice McDavid Graff & Love LLP are hereby substituted as counsel of record for the separate defendant Walmart Stores, Inc. All counsel of record shall take notice of this substitution of counsel and the records of the United States District Court for Minnesota shall reflect that Robert J. Kent and the law firm of Bowles Rice McDavid Graff & Love LLP are counsel of record for the separate defendant Walmart Stores, Inc. as of the date of this Order.

It is so ORDERED this ______ day of April, 2004.

ENTER:______________________________

E-SERVED
04/21/04
12:12 PM ET
Baycol MDL 1431

AGREED AND APPROVED:

*/s/ Signature on file*

Yolonda G. Lambert (WV State Bar # 2130)
Schrader Byrd & Companion
32 – 20th Street, Suite 500
Wheeling, West Virginia 26003
(304) 233-3390

*/s/ Signature on file*

Robert J. Kent (WV State Bar #5010)
BOWLES RICE McDAVID GRAFF & LOVE LLP
Fifth Floor, United Square
501 Avery Street, Post Office Box 49
Parkersburg, West Virginia 26102
(304) 420-5504
fax (304) 420-5587

E-SERVED
04/21/04
12:12 PM ET
Baycol MDL 1431

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served the foregoing and hereto annexed **MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD** and proposed **ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL OF RECORD** via Verilaw electronic filing this 21st day of April, 2004.

*/s/ Signature on file*
Robert J. Kent