UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION

MDL No. 1431
(MJD/JGL)

**This Document Relates to**

JONES, et al. v BAYER CORPORATION, et al.

CASE NO. 02-CV-198

**ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL OF RECORD**

This matter came before the Court on the Motion to Withdraw and Substitute Counsel of Record of the separate defendant Walmart Stores, Inc. in the above civil action. The Court, having considered the Motion and noting the agreement of both law firms, finds that the Motion is well taken and should be granted.

It is therefore ORDERED AND ADJUDGED that the Motion to Withdraw and Substitute Counsel of Record on behalf of separate defendant Walmart Stores, Inc. is hereby granted and that Yolonda G. Lambert and the law firm of Schrader Byrd & Companion are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of separate defendant Walmart Stores, Inc. The Court further ORDERS that Robert J. Kent and the law firm of Bowles Rice McDavid Graff & Love LLP are hereby substituted as counsel of record for the separate defendant Walmart Stores, Inc. All counsel of record shall take notice of this substitution of counsel and the records of the United States District Court for Minnesota shall reflect that Robert J. Kent and the law firm of Bowles Rice McDavid Graff & Love LLP are counsel of record for the separate defendant Walmart Stores, Inc. as of the date of this Order.

APR 26 2004

It is so ORDERED this ______ day of April, 2004.

ENTER: Michael J. Davis ____________________